# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CRAIG WEBB**                                                                                              **PLAINTIFF**

**VS.**                             **4:20-CV-01342-BRW**

**PULASKI COUNTY, ARKANSAS, ET AL.**                                 **DEFENDANTS**

## ORDER

Defendants filed Motions to Dismiss (Doc. Nos. 7, 11) on December 10 and 11, 2020. Plaintiff has not responded, and the time for doing so has passed.

This case is DISMISSED for failure to prosecute, and the pending motions are MOOT. If Plaintiff files a motion to reopen the case, the motion must include his response to Defendants' motions. It must also include an explanation of the allegations against Defendant Mary A Zakrewski, since the complaint only lists her name and no specific allegations.

IT IS SO ORDERED this 4th day of January, 2021.

                                                                      Billy Roy Wilson
                                                                      UNITED STATES DISTRICT JUDGE